**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

KEITH HOBBS,

|                    |                    |
|--------------------|--------------------|
| Plaintiff,         | 1:26-cv-84         |
|                    | (ECC/PJE)          |

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

**Hon. Elizabeth C. Coombe, United States District Judge:**

**ORDER**

The request by the parties for an order to remand pursuant to Sentence 4 of 42 U.S.C. § 405(g), Dkt. No. 9, is **GRANTED**; and it is further

**ORDERED** that the final decision of the Commissioner is **REVERSED** and the matter is **REMANDED** to the Defendant so that further administrative action may be taken including that a new hearing will be offered and a new decision with be issued, and is further

**ORDERED** that this matter is **DISMISSED** consistent with *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Dated: May 12, 2026

Elizabeth C. Coombe
U.S. District Judge